**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PAULO PEREZ, | Case No. 2:21-cv-09484 RSWL (RAOx) |
|        Plaintiff, | District Judge: Ronald S. W. Lew<br>Magistrate Judge: Rozella A. Oliver |
| v. | |
| COSTCO WHOLESALE<br>CORPORATION, and DOES 1 to 20, | **ORDER RE STIPULATION OF<br>DISMISSAL PURSUANT TO FRCP<br>41(a)** |
|       Defendants.<br>_____ / | [Filed concurrently with Stipulation] |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE**, as to all claims, causes of action, and parties. The Clerk is directed to close the file.

     **IT IS SO ORDERED.**

Dated: January 31, 2023                  _**/S/ RONALD S.W. LEW**_

                                   Hon. Ronald S.W. Lew

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Ste 240
Santa Barbara, CA 93111

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL PURSUANT
TO FRCP 41(a)**